# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2089
LT Case No. 16-2009-CF-006373-A

_____

GENEVA M. KELLUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Geneva M. Kellum, Florida City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Amanda Uwaibi, for Appellee.

April 24, 2026

PER CURIAM.

This Court previously affirmed the trial court's order denying Appellant's motion for relief in Duval County Circuit Court Case No. 16-2009-CF-006375-A. Because it appears that Appellant's postconviction filings are abusive, repetitive, malicious, or frivolous, Appellant is cautioned that any further similarly inappropriate pro se filings in this Court asserting claims stemming from Duval County Circuit Court Case No. 16-2009-CF-

006375-A may result in sanctions such as a bar on pro se filing in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2020); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

APPELLANT CAUTIONED.

WALLIS, EDWARDS, and BOATWRIGHT, JJ., concur.